HEATHER E. WILLIAMS, Bar #122664
Acting Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROMAN MIGUEL DURAN-ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-CR-00117 LJO-SKO-1 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** |
| ROMAN MIGUEL DURAN-ALVARADO, | Date: August 19, 2013 |
| | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, MIA A. GIACOMAZZI, Assistant United States Attorney, counsel for plaintiff, and JEROME PRICE, Assistant Federal Defender, counsel for defendant ROMAN M. DURAN-ALVARADO, that the date for status conference in this matter may be continued to August 19, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is July 29, 2013. The requested new date is August 19, 2013.**

The continuance is requested due to the unavailability of defense counsel. Additionally, defense counsel has finished investigations and by the next status conference will be ready to either set a change of plea hearing or set for trial.

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2   effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3   ends of justice served by granting the requested continuance outweigh the interests of the public and the
4   defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: July 24, 2013        By      */s/ Mia Giacomazzi*
                                    MIA A. GIACOMAZZI
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: July 24, 2013        By      */s/ Jerome Price*
                                    JEROME PRICE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    Roman M. Duran-Alvarado


## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   July 24, 2013                 */s/ Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE